Jack I. Siegal, Esq., SBN 218088
jsiegal@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
21 Custom House Street, 5th Floor
Boston, MA 02110
Telephone: (857) 504-2033
Facsimile: (857) 264-2836

*Attorney for Defendant*
JOONG-ANG DAILY NEWS CALIFORNIA, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| QUANG-TUAN LUONG<br><br>Plaintiffs,<br><br>v.<br><br>JOONG-ANG DAILY NEWS CALIFORNIA, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-06734-RGK-GJS<br><br>**ANSWER TO COMPLAINT**<br><br>Complaint Filed: August 2, 2019<br>Date: October 29, 2019<br>Dept.: Western Division – Los Angeles<br>Judge: R. Gary Klausner |

Defendant JOONG-ANG DAILY NEWS CALIFORNIA, INC'S Answer to Plaintiff QUANG-TUAN LUONG's alleged Complaint as follows:

1.     Paragraph 1 states a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations.

2.     Paragraph 2 states a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations.

3.     Paragraph 3 states a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations.

4.     Paragraph 4 states a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations.

5.     Defendant lacks information sufficient to form a belief regarding the

-1-

Gordon Rees Scully Mansukhani, LLP
21 Custom House Street, Fifth Floor
Boston, MA 02110

allegations in paragraph 5 and deny them on that basis.

6.     Defendant lacks information sufficient to form a belief regarding the allegations in paragraph 6 and deny them on that basis.

7.     Defendant lacks information sufficient to form a belief regarding the allegations in paragraph 7 and deny them on that basis.

8.     Defendant lacks information sufficient to form a belief regarding the allegations in paragraph 8 and deny them on that basis.

9.     Defendant lacks information sufficient to form a belief regarding the allegations in paragraph 9 and deny them on that basis.

10.     Defendant lacks information sufficient to form a belief regarding the allegations in paragraph 10 and deny them on that basis.

11.     Defendant lacks information sufficient to form a belief regarding the allegations in paragraph 11 and deny them on that basis.

12.     Defendant lacks information sufficient to form a belief regarding the allegations in paragraph 12 and deny them on that basis.

13.     Defendant lacks information sufficient to form a belief regarding the allegations in paragraph 13 and deny them on that basis.

14.     Defendant lacks information sufficient to form a belief regarding the allegations in paragraph 14 and deny them on that basis.

15.     Defendant lacks information sufficient to form a belief regarding the allegations in paragraph 15 and deny them on that basis.

16.     Defendant lacks information sufficient to form a belief regarding the allegations in paragraph 16 and deny them on that basis.

17.     Defendant lacks information sufficient to form a belief regarding the allegations in paragraph 17 and deny them on that basis.

18.     Defendant lacks information sufficient to form a belief regarding the allegations in paragraph 18 and deny them on that basis.

Gordon Rees Scully Mansukhani, LLP
21 Custom House Street, Fifth Floor
Boston, MA 02110

19. Defendant lacks information sufficient to form a belief regarding the allegations in paragraph 19 and deny them on that basis.

20. Defendant denies the allegations in paragraph 20.

21. Defendant denies the allegations in paragraph 21.

22. Defendant incorporates its responses to the proceeding paragraphs by reference.

23. Defendant denies the allegations in paragraph 23.

24. Defendant denies the allegations in paragraph 24.

25. Defendant denies the allegations in paragraph 25.

26. Defendant denies the allegations in paragraph 26.

27. Defendant denies the allegations in paragraph 27.

28. Defendant incorporates its responses to the proceeding paragraphs by reference.

29. Defendant denies the allegations in paragraph 29.

30. Defendant denies the allegations in paragraph 30.

31. Defendant denies the allegations in paragraph 31.

32. Defendant denies the allegations in paragraph 32.

33. Defendant denies the allegations in paragraph 33.

34. Defendant denies the allegations in paragraph 34.

35. Defendant denies the allegations in paragraph 35.

36. Defendant denies the allegations in paragraph 36.

## **AFFIRMATIVE DEFENSES**

Without admitting that it carries the burden of proof or production as to any of the issues listed below, Defendant asserts the following Affirmative Defenses:

## **FIRST AFFIRMATIVE DEFENSE**

Defendant states that Plaintiff's Complaint fails to state a claim against the Defendant upon which relief can be granted.

-3-

Gordon Rees Scully Mansukhani, LLP
21 Custom House Street, Fifth Floor
Boston, MA 02110

## SECOND AFFIRMATIVE DEFENSE

Defendant states that Plaintiff's Complaint must be dismissed pursuant to insufficiency of process.

## THIRD AFFIRMATIVE DEFENSE

Defendant states that Plaintiff's Complaint must be dismissed pursuant to insufficiency of service of process.

## FOURTH AFFIRMATIVE DEFENSE

Defendant states that Plaintiff's action was not brought in accordance with and within the time specified by the statutory provisions applicable thereto.

## FIFTH AFFIRMATIVE DEFENSE

Defendant states that Plaintiff's Complaint should be dismissed for lack of jurisdiction over the Defendant.

## SIXTH AFFIRMATIVE DEFENSE

Defendant states that Plaintiff failed to mitigate, minimize or avoid the alleged damages, therefore any recovery sought must be barred or reduced accordingly.

## SEVENTH AFFIRMATIVE DEFENSE

Defendant states that Plaintiff's claims are barred by the doctrine of waiver.

## EIGHTH AFFIRMATIVE DEFENSE

Defendant states that it was not the actual or proximate cause of any alleged harm suffered by Plaintiff.

## NINTH AFFIRMATIVE DEFENSE

Defendant states that Plaintiff is not entitled to the relief it seeks by virtue of the doctrines of unclean hands and equitable estoppel.

## TENTH AFFIRMATIVE DEFENSE

Defendant states that Plaintiff's claims are barred because it failed to give Defendant timely notice.

**Gordon Rees Scully Mansukhani, LLP**
**21 Custom House Street, Fifth Floor**
**Boston, MA 02110**

## ELEVENTH AFFIRMATIVE DEFENSE

Defendant states Plaintiff's Complaint must be dismissed because Plaintiff has failed to join all necessary parties.

## TWELFTH AFFIRMATIVE DEFENSE

Defendant incorporates the defenses of all others who are or who may become parties to this action.

## THIRTEENTH AFFIRMATIVE DEFENSE

Defendant hereby gives notice that it intends to rely upon such other and further defenses as may become available or apparent during discovery proceedings in this action and hereby reserves the right to amend this Answer and assert any such defense by appropriate motion.

## PRAYER FOR RELIEF

WHEREFORE, Defendant prays for judgment against the Defendant and that the Court:

A.    Deny Plaintiff any relief;

B.    Enter judgment in Defendant's favor;

C.    Award Defendant its reasonable attorney fees and costs, as applicable;

D.    Grant such other and further relief it deems just and proper.

Dated:  October 29, 2019          GORDON REES SCULLY MANSUKHANI, LLP


By:    /s/ Jack I. Siegal
       Jack I. Siegal (SBN# 218088)
       Attorney for Defendant
       JOONG-ANG DAILY NEWS, INC.
       CALIFORNIA, INC.
       *Attorney for Defendant*

1

## **DEMAND FOR BENCH TRIAL**

2

Defendant JOONG-ANG DAILY NEWS CALIFORNIA, INC. hereby

3

demands a bench trial in the above matter.

4

5

Dated:  October 29, 2019        GORDON REES SCULLY MANSUKHANI, LLP

6

7

By:     /s/ Jack I. Siegal

8

Jack I. Siegal (SBN# 218088)
Attorney for Defendant

9

JOONG-ANG DAILY NEWS, INC.
CALIFORNIA, INC.

10

*Attorney for Defendant*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon Rees Scully Mansukhani, LLP
21 Custom House Street, Fifth Floor
Boston, MA 02110

-6-

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served electronically via U.S. District Court for the Central District of California Electronic Document Filing System (ECF) to all counsel of record on October 29, 2019.

Dated:  October 29, 2019                    /s/ Jack I. Siegal
                                            Jack I. Siegal (SBN# 218088)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Gordon Rees Scully Mansukhani, LLP**
**21 Custom House Street, Fifth Floor**
**Boston, MA 02110**